**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Stacie Danielle Hudgins

Case No.: 18-52286-jrs    Chapter: 13

**Change of Address for**:
Debtor [✔]   Creditor [ ]   Attorney for Debtor [ ]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 11/08/2018

Name: Stacie Danielle Hudgins

Prior Address: 808 Cork Oak Lane
Lawrenceville, GA 30045

*********************************************************************

New Address: Stacie Danielle Hudgins
4882 Valley Dale Drive, Unit B
Lilburn, GA 30047

Change of Address Was Furnished By:   Debtor [ ]   Creditor [ ]   Attorney [✔]

Date: 11/08/2018    Signature of Filer: /s/ Howard Slomka
Telephone Number: 404-800-4001

**IF FILED BY ATTORNEY**

Attorney Name: Howard Slomka

Bar ID: 652875

Address: 2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339

Revised August 2012